## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CARL LEADHOLM

Plaintiff,

v.

THE CITY OF COMMERCE CITY;  Civil Action No.
CHRISTOPHER DICKEY;    16-cv-02786(MEH)
JJ ROUANZOIN;
JEREMY JENKINS; and
MICHAEL DIENER,,
in their individual and official capacities

Defendants.

---

### PLAINTIFF'S ACCEPTANCE OF JUDGMENT PURSUANT TO FED.R.CIV.P.68

---

Plaintiff, **CARL LEADHOLM**, by his attorneys, **FISHER & BYRIALSEN, PLLC,**

and **JORDAN & ASSOCIATES, LLC**, accepts Defendant City of Commerce City's Offer of

Judgment pursuant to Fed.R.Civ.P. 68. This offer, made on March 22, 2018, is in the amount of

Three Hundred Fifty Thousand and One Dollars ($350,001.00) plus reasonable attorney fees and

costs accrued as of March 22, 2018, in an amount to be determined by the Court.  Plaintiff's

signed and notarized acceptance is attached hereto as **Exhibit A.**

1

Respectfully submitted this 3rd day of April 2018.

**FISHER & BYRIALSEN PLLC**



_____
David N. Fisher, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone:(303) 256-6345
Facsimile: (303) 954-0573
Email: David@FBLaw.org
*Attorney for Carl Leadholm*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of April 2018, I electronically served a exact

true and correct copy of the above and foregoing **PLAINTIFF'S ACCEPTANCE OF**

**JUDGMENT PURSUANT TO FED.R.CIV.P.68** to the following attorney's of record at the

below email addresses:

Josh Adam Marks (jam@bhgrlaw.com)
Patrick M. Haines (pmh@bhgrlaw.com)
*Attorneys for Defendants Christopher Dickey and JJ Rouanzoin*

Eric M. Ziporin (Eziporin@sgrllc.com )
*Attorney for Defendants the City of Commerce City, Jeremy Jenkins, and Michael Diener*

**_Kaitlin F. Nares Esq._**
Fisher & Byrialsen, PLLC
Email: Kaitlin@FBLaw.org