## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02786-MEH

CARL LEADHOLM,

    Plaintiff,

v.

CITY OF COMMERCE CITY, COLORADO,
CHRISTOPHER DICKEY,
JJ ROUANZOIN,
JEREMY JENKINS, and
MICHAEL DEINER,

    Defendants

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to and in accordance with Fed. R. Civ. P. 68, Plaintiff's Acceptance of Judgment Pursuant to Fed. R. Civ. P. 68 (filed April 5, 2018; ECF 166), and the Order (filed May 17, 2018; ECF 173) entered by Magistrate Judge Michael E. Hegarty, incorporated herein by reference, Judgment is hereby entered.

IT IS ORDERED that Judgment is entered in favor of Plaintiff Carl Leadholm, and against Defendant, City of Commerce City, Colorado in the amount of Three Hundred Fifty Thousand and One dollars ($350,001.00) plus reasonable attorney fees and costs accrued as of March 22, 2018 in an amount to be determined by the Court.

IT IS FURTHER ORDERED that Plaintiff's claims against Christopher Dickey, JJ Rouanzoin, Jeremy Jenkins, and Michael Deiner are DISMISSED WITH PREJUDICE.

Dated at Denver, Colorado this 24th day of May, 2018.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                s/M. Davenport

                Molly Davenport
                Deputy Clerk